UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J. MICHAEL KOEHLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 405-367-JFN |
| ) | |
| MARTIN M. GREEN, JULES ) | |
| BRODY, MARTIN D. CHITWOOD, ) | |
| DONALD H. CLOONEY, JOE D. ) | |
| JACOBSON, JONATHAN F. ) | |
| ANDRES, VINCENT R. CAPPUCCI, ) | |
| ANDREW J. ENTWISTLE, GREEN ) | |
| SCHAAF & JACOBSON, P.C., ) | |
| STULL STULL AND BRODY, LLP, ) | |
| CHITWOOD AND HARLEY, LLP, ) | |
| CLOONEY AND ANDERSON, PC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court's April 20, 2006 Order noted that "parties have conceded that Defendants Anderson, Cappucci and Entwhistle were not in any way involved in the mediation negotiations." (Doc. 107 at 4.) Defendant Clooney was not specifically listed in the Order as one of the parties who was not involved in the mediation negotiations. However, Plaintiff's complaint never accused Defendant Clooney of being involved in the mediation negotiations. Accordingly, IT IS HEREBY ORDERED that the Court's April

20, 2006 Order is amended nunc pro tunc to reflect that Defendant Clooncy's name should have been included in footnote three (3) on page four (4) of the Order.

**SO ORDERED.**

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: May 26, 2006

-2-