UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J. MICHAEL KOEHLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 405-367-JFN |
| MARTIN M. GREEN, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

The Court takes notice of the Eighth Circuit Court of Appeals decision on March 27, 2007 affirming this Court's order granting Defendant's motion to dismiss, and the Eighth Circuit's denial of the petition for rehearing en banc. In light of the disposition of the case, the Court is moving forward in addressing all pending matters in this action. Accordingly, the Court records indicate the following motions that are pending before the Court: (1) Motion for Sanctions under 28 U.S.C. § 1927 and an award for attorneys' fees (Doc. 58 filed on July 22, 2005); (2) Motion for Sanctions Rule 11 Violation by Koehler and his attorneys (Doc. 75 filed on August 26, 2005); and, (3) Supplemental Motion for Sanctions under Rule 11 and 28 U.S.C. § 1927 (renewing motions at Docket Nos. 58 and 75 filed on May, 1, 2007).

The Court is also aware of responses to said motions by J. Michael Koehler, Cohen Pope PLLC and Irving Cohen, Murtha Cullina LLP and attorneys Paul E. Knag and Nicole Tuman, W. Jeremy Muskopf, and James R. Mendillo.

Although these motions were filed some time ago, they were not ready for final disposition. Accordingly, the foregoing dates of submission are set aside and the matters shall be deemed submitted to this Court ten (10) days from this Order.

Additionally, if any party has corrections, additional motions or similar matters which should be brought to the Court's attention relating to the foregoing motions, please advise the Court within the said ten (10) days from the date of this Order.

**SO ORDERED.**

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: September 12, 2007